No. 72–1187. COMBS, SUPERINTENDENT, GRAND PRAIRIE INDEPENDENT SCHOOL DISTRICT, ET AL. v. JOHNSON ET AL., 413 U. S. 922;

No. 72–1221. GULF STATES THEATRES OF LOUISIANA, INC., ET AL. v. LOUISIANA ET AL., 413 U. S. 913;

No. 72–1235. WHITMAN CENTER, INC. v. GULF OIL CORP., 412 U. S. 938;

No. 72–1247. TWO v. UNITED STATES ET AL., 412 U. S. 931;

No. 72–1313. SILVERTON v. CALIFORNIA, 412 U. S. 901;

No. 72–1349. FREEMAN v. SUPERIOR COURT OF CALIFORNIA, COUNTY OF ALAMEDA (BAY FARM ISLAND RECLAMATION DISTRICT No. 2105 ET AL., REAL PARTIES IN INTEREST), 412 U. S. 909;

No. 72–1376. PERMIAN CORP. ET AL. v. COFFEE, 412 U. S. 920;

No. 72–1396. FAUSNER v. COMMISSIONER OF INTERNAL REVENUE, 413 U. S. 838;

No. 72–1413. ITZ ET UX. v. PENICK ET AL., 412 U. S. 925;

No. 72–5348. COOLEY v. STRICKLAND TRANSPORTATION CO. ET AL., 413 U. S. 923;

No. 72–6115. JACKSON v. ZELKER, CORRECTIONAL SUPERINTENDENT, 412 U. S. 950;

No. 72–6221. SAYLES v. ALBERT MIRMAN & ASSOCIATES, INC., 412 U. S. 925;

No. 72–6224. BERKLEY v. UNITED STATES, 412 U. S. 920;

No. 72–6293. GEMMILL ET AL. v. CALIFORNIA, 412 U. S. 925;

No. 72–6295. BOYSAW v. OHIO, 412 U. S. 920;

No. 72–6468. LAUGHLIN v. UNITED STATES, 412 U. S. 941; and

No. 72–6481. HAMILTON v. UNITED STATES, 412 U. S. 942. Petitions for rehearing denied.